# In The United States District Court for The District of Columbia

RECEIVED
MAILROOM
SEP 11 2026
Angela D. Caesar, Clerk
U.S. District & Bankruptcy Courts
for the District of Columbia

Azael Dythian Perales et al., )
P.O. Box 501 )
Fullerton, CA 92836 )
(714) 803-1934 )
Plaintiff(s) )
Vs. )
)
)

Case: 1:26–cv–03206
Assigned To : Cobb, Jia M.
Assign. Date : 9/11/2026
Description: Pro Se Gen. Civ. (F–DECK)

City of Los Angeles et al.,
200 North Spring Street (Karen R. Bass-Mayor)
Los Angeles City Council (All 18 Council Members)
Los Angeles, CA 90012
(213)485-2121

Los Angeles Police Department et al.,
100 West 1st Street. (Jim McDonnell-Chief of Police)
Los Angeles, CA 90012
(213) 486-1000

Defendant(s)

**[42 U.S.C. § 1983]**

## COMPLAINT

The Defendants are guilty of 18 U.S.C. § 249 - Federal hate crime laws in the United States are primarily codified in 18 U.S.C. § 249. This statute, known as the Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act, makes it a federal crime to willfully cause bodily injury, or attempt to do so, because of a person's actual or perceived race, color, religion, national origin, gender, sexual orientation, gender identity, or disability. I Azael D. Perales am alleging the Defendants have done this to me from 2018 to present by way of torture causing bodily injury

such as ongoing muscle spasms causing swelling in my feet, ankles, back, legs, stomach including my heart. In addition to this the Defendants arbitrarily emit violent electrical prods to my body and skin reminiscent to someone using a hot poker iron to my skin. The Defendants have continued to emit powerful and dangerous radio signals to my brain while I am semi-conscious or asleep. The Defendants have somehow able to read my almost every thought while I am conscious by way of a computer which sends a live streaming feed of my thoughts. The Defendants have continued to berate me- calling me quote a fag_ot motherfu_ker who sucks big di_ks,,and get my a-sshole f-cked. I have also been continually called porky the pig fag_ot - due to my exceeding weight gain, a half breed fa_got mother f_cker due to my ethnicity and several other profane curse words and slurs constantly all day and all night. Most recently the terrorist language towards me has been elevated by the Defendants stating "I would like to cut your d-ck off shove it in your mouth and slit your f-ggot throat all these terrorist threats are facilitated by way of the Defendant's their communication devices which is received by me every waking moment of the day, even when I was at work. This has been ongoing by the Defendants from 2017 to Present. I am currently unemployed due to the Defendants torturous programs and tactics. I Azael D. Perales am a homosexual; I have been celibate for over twenty- five years. I am of Puerto Rican and African American, American Indian and Irish descent.

**Supporting *Facts*:**

The case is pursuant to 18 U.S. Code § 1001 - Statements or entries generally(a)Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—
(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation
(3)makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in 18 U.S. Code § 2331 - Definitions As used in this chapter— **(A)**
involve violent acts or acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State;
**(B)** appear to be intended—
**(i)** to intimidate or coerce a civilian population;
**(ii)** to influence the policy of a government by intimidation or coercion;

18 U.S.C. § 2339 and its subsections address the provision of material support to terrorists and terrorist organizations such as the Defendants. Specifically, 18 U.S.C. § 2339A focuses on providing material support as the Defendants have been provided funds (Money) to purchase a satellite in space to spy on American citizens in their homes and businesses it can also arbitrarily torture and communicate with American citizens through sonic and other listening devices in addition the satellite tracks automobiles and can intercept radio signals in your automobile or otherwise. I am alleging this satellite was launched in or around 2018 by NASA- The **National Aeronautics and Space Administration**. The Defendants also purchased and installed microscopic cameras, audio devices to communicate to me the Plaintiff, bugging devices, x ray

equipment, sonic and or otherwise, computers, telephone lines were installed with their equipment, electrical poles were installed with their equipment a buildings to house its employees and a salary to the Defendants in order to support mental and physical domestic terrorism, for the commission of specific offenses as is the Defendants have done in the United States partly with the funds allocated to them by way of **H.R.5634 — 114th Congress (2015-2016) This bill provides FY2017 appropriations for the Department of Homeland Security (DHS), including: (Sec. 223) Permits the U.S. Secret Service to obligate funds in anticipation of reimbursement for personnel receiving training sponsored by the James J. Rowley Training Center, except that total obligations at the end of the fiscal year may not exceed budgetary resources available for the Operations and Support account.**

**(Sec. 224) Prohibits the U.S. Secret Service from using funds for the protection of the head of a federal agency other than the Secretary of Homeland Security, except where it has entered into an agreement to provide the protection on a fully reimbursable basis.**

**(Sec. 225) Prohibits the U.S. Secret Service from using funds for opening a new permanent domestic or overseas office or location unless Congress is notified in advance.**

**(Sec. 226) Permits the U.S. Secret Service to reprogram specified funds within the Operations and Support account.**

**United States Secret Service**

**Operations and support**

**For necessary expenses of the United State Secret Service, including purchase of not to exceed 652 vehicles for police-type use for replacement only; hire of passenger motor vehicles; purchase of motorcycles made in the United States; hire of aircraft; rental of buildings in the District of Columbia, and fencing, lighting, guard booths, and other facilities on private or other property not in Government ownership or control, as may be necessary to perform protective functions; conduct of and participation in firearms matches; presentation of awards; travel of United States Secret Service employees on protective missions without regard to the limitations on such expenditures in this or any other Act if notification is made in advance to the Committees on Appropriations of the House of Representatives and the Senate; grants to conduct behavioral research in support of protective intelligence and operations; payment in advance for commercial accommodations as may be necessary to perform protective functions; payment, without regard to section 5702 of title 5, United States Code, of subsistence expenses of employees who are on protective missions, whether at or away from their duty stations; $1,839,722,000; of which not to exceed $19,125 shall be for official reception and representation expenses; of which not to exceed $100,000 shall be to provide technical assistance and equipment to foreign law enforcement organizations in counterfeit investigations; of which $2,366,000 shall be for forensic and related support of investigations of missing and exploited children; of which $6,000,000 shall be for a grant for activities related to investigations of missing and exploited children; of which not less than $12,000,000 shall be for activities related to training in electronic crimes investigations and forensics; and of which $36,966,000 shall remain available until September 30, 2018.**

**procurement, construction, and improvements**

**For necessary expenses of the United States Secret Service for procurement, construction, and improvements, $90,127,000, to remain available until September 30, 2019.**

**research and development**

**For necessary expenses of the United States Secret Service for research and development, $2,500,000, to remain available until September 30, 2018.**

**The National Security Agency's (NSA) specific 2024 budget is not publicly disclosed, as the NSA's funding is part of the broader, classified National Intelligence Program (NIP). However, the aggregate NIP budget for Fiscal Year 2024 was $76.5 billion, with supplemental funding included in that total. The NSA's budget is estimated to be around $3.6 billion, but this figure is not officially confirmed and includes various components.**

---

**The Defendants are guilty of 18 U.S.C. § 371—Conspiracy to Defraud the United States**

The general conspiracy statute, 18 U.S.C. § 371, creates an offense "[i]f two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose. (emphasis added). *See* Project, *Tenth Annual Survey of White Collar Crime*, 32 Am. Crim. L. Rev. 137, 379-406 (1995)(generally discussing § 371).

The operative language is the so-called "defraud clause," that prohibits conspiracies to defraud the United States. This clause creates a separate offense from the "offense clause" in Section 371. Both offenses require the traditional elements of Section 371 conspiracy, including an illegal agreement, criminal intent, and proof of an overt act.

Although this language is very broad, cases rely heavily on the definition of "defraud" provided by the Supreme Court in two early cases, *Hass v. Henkel*, 216 U.S. 462 (1910), and *Hammerschmidt v. United States*, 265 U.S. 182 (1924). In *Hass* the Court stated:

The statute is broad enough in its terms to include any conspiracy for the purpose of impairing, obstructing or defeating the lawful function of any department of government . . . (A)ny conspiracy which is calculated to obstruct or impair its efficiency and destroy the value of its operation and reports as fair, impartial and reasonably accurate, would be to defraud the United States by depriving it of its lawful right and duty of promulgating or diffusing the information so officially acquired in the way and at the time required by law or departmental regulation.

*Hass*, 216 U.S. at 479-480. In *Hammerschmidt*, Chief Justice Taft, defined "defraud" as follows:

To conspire to defraud the United States means primarily to cheat the Government out of property or money, but it also means to interfere with or obstruct one of its lawful governmental functions by deceit, craft or trickery, or at least by means that are dishonest. It is not necessary that the Government shall be subjected to property or pecuniary loss by the fraud, but only that its legitimate official action and purpose shall be defeated by misrepresentation, chicane or the overreaching of those charged with carrying out the governmental intention. *Hammerschmidt*, 265 U.S. at 188.

The general purpose of this part of the statute is to protect governmental functions from frustration and distortion through deceptive practices. Section 371 reaches "any conspiracy for the purpose of impairing, obstructing or defeating the lawful function of any department of Government. The "defraud part of section 371 criminalizes any willful impairment of a legitimate function of government, whether or not the improper acts or objective are criminal under another statute."

The word "defraud" in Section 371 not only reaches financial or property loss through use of a scheme or artifice to defraud but also is designed and intended to protect the integrity of the United States and its agencies, programs and policies.

**The Defendants are guilty of 18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information**_(a) (4)knowingly possesses an identification document (other than one issued lawfully for the use of the possessor), authentication feature, or a false identification document, with the intent such document or feature be used to defraud the United States**,** Whoever, in a circumstance described in subsection (c)(1) of this section (1)the identification document, authentication feature, or false identification document is or appears to be issued by or under the authority of the United States or a sponsoring entity of an event designated as a special event of national significance or the document-making implement is designed or suited for making such an identification document, authentication feature, or false identification document.

The Defendants are guilty of 18 U.S. Code § 1030 - Fraud and related activity in connection with computers **(a)**Whoever—
**(2)**intentionally accesses a computer without authorization or exceeds authorized access, and thereby obtains—
**(A)**
information contained in a financial record of a financial institution, or of a card issuer as defined in section 1602(n)The term "cardholder" means any person to whom a credit card is issued or any person who has agreed with the card issuer to pay obligations arising from the issuance of a credit card to another person.
of title 15. The Defendants have continued to hack into my financial institution Chase Bank- Savings account number 000003721865211 knowing my ending balance after every withdrawal or deposit whether I go inside the bank or use the banks ATM. They also have the balance of my account on non-Chase Bank ATMs. In addition to this they know my personal identification number which I utilize to access my savings account. The Defendants have hacked in spied and erased my emails in both my g-mail account azaellperales@gmail.com and my yahoo email account azael.perales@yahoo.com.

**The Defendants are guilty of 18 U.S. Code § 402 - Contempts constituting crimes**
Any person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree, or command of any district court of the United States. I have a restraining order against the United States in the U.S. Court of Federal claims.
The Defendants are guilty of violation of The Whistleblower Protection Act (WPA) provides legal protection for federal employees from adverse personnel actions taken in retaliation for disclosing government waste, fraud, corruption, or other misconduct. See: Azael D. Perales vs. Internal Revenue Service in U.S. Court of Appeals for the District of Columbia case No,15-1291 appealed to U.S. Supreme Court. Such fine shall be paid

to the United States or to the complainant or other party injured by the act constituting the contempt, or may, where more than one is so damaged, be divided or apportioned among them as the court may direct.

**The Defendants are guilty of 18 U.S. Code § 1344 - Bank fraud**

Whoever knowingly executes, or attempts to execute, a scheme or artifice—
**(1)**
to defraud a financial institution; or
**(2)**
to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses such as my Chase bank account, representations, or promises;
shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

**The Defendants are guilty Domestic Espionage Spying & Conspiracy to commit Espionage**

The practice of spying or of using spies, typically by governments to obtain political and military information. In the intelligence world, a spy is strictly defined as someone used to steal secrets for an intelligence organization. Also called an agent or asset, a spy is not a professional intelligence officer, and doesn't usually receive formal training (though may be taught basic tradecraft) A spy either volunteers or is recruited to help steal information, motivated by ideology, patriotism, money, or by a host of other reasons.

**The Defendants are guilty of 18 U.S.C. § 2339A**

Originally enacted on September 13, 1994, is primarily a statute aimed at reaching those persons who provide material support to terrorists knowing that such support will be used to commit one of the offenses specified in the statute. (The offenses specified in the statute I am alleging the Defendants are guilty of is **18 U.S.C. §§ 1362** Whoever willfully or maliciously injures or destroys any of the works, property, or material of any radio, telegraph, telephone or cable, line, station, or system, or other means of communication, operated or controlled by the United States, or used or intended to be used for military or civil defense functions of the United States, whether constructed or in process of construction, or willfully or maliciously interferes in any way with the working or use of any such line, or system, or willfully or maliciously obstructs, hinders, or delays the transmission of any communication over any such line, or system, or attempts or conspires to do such an act, shall be fined under this title or imprisoned not more than ten years, or both. .Southern California Edison (SCE) receives **federal funds through grants and partnerships** to support large-scale grid modernization projects, such as improving power lines and energy storage, and participates in various federal research initiatives. The U.S. Department of Energy awarded a $600 million grant to a public-private partnership to improve California's electric grid that will lead to energy savings and enhanced reliability for consumers.

AT&T receives federal funding primarily for public-private partnerships to expand broadband infrastructure, as seen in its participation in state-level programs like California's Federal Funding Account (FFA) and the Beam Funding Program (BEAD) in Louisiana, for which it was awarded millions to connect unserved areas. Additionally, AT&T holds government contracts, such as its role in providing services for the U.S. Department of Homeland Security (DHS) and as the network partner for FirstNet, the public safety network. In contrast to receiving funding.

The Defendants are guilty of willfully or maliciously injures or destroys any of the works, property, or material of any radio, telegraph, telephone or cable, line, station, or system, or other means of communication, operated or controlled by the United States, or used or intended to be used for military or civil defense functions of the United States, whether constructed or in process of construction, or willfully or maliciously interferes in any way with the working or use of any such line, or system, or willfully or maliciously obstructs, hinders, or delays the transmission of any communication over any such line, or system, or attempts or conspires to do such an act, shall be fined under this title or imprisoned not more than ten years, or both. Please *see* prima facie evidence filed with the Federal Communication Commission i.e. Complaints and field reports submitted to the court dated October 2, 2017, October 11, 2017 and January 26, 2018. Federal Communication field reports dated January 10 2018, January 26, 2018, January 23, 2018, January 20, 2018, January 15, 2018, January 18, 2018 along with other field reports I generated in 2018.

**The Defendants are guilty of 18 U.S. Code § 471 - Obligations or securities of United States**

Whoever, with intent to defraud, falsely makes, forges, counterfeits, or alters any obligation or other security of the United States, shall be fined under this title or imprisoned not more than 20 years, or both. The Defendants have taken money designated and allocated to them for the security and sanctity of our nations national security and defense and have derived a terrorist and inappropriate spying organizations on me and the American people. They have critically encroached and violated me Azael D. Perales civil liberties - Civil liberties are constitutionally protected individual rights and freedoms from government infringement, ensuring freedom of speech, religion, press, and assembly, as well as protection from unreasonable government intrusion and the right to due process. My civil rights - Civil rights are legally protected rights that ensure equal treatment and prevent discrimination based on characteristics like race, religion, gender, age, and disability, guaranteeing individuals can participate in society without prejudice. The Defendants have done this from resources funded by the U.S. Congress and U.S. Senate fraudulently.

**The Defendants are guilty of 18 U.S. Code § 930 - Possession of firearms and dangerous weapons in Federal facilities**

**(a)**

Except as provided in subsection (d), whoever knowingly possesses or causes to be present a firearm or other dangerous weapon in a Federal facility (other than a Federal court facility), or attempts to do so, shall be fined under this title or imprisoned not more than 1 year, or both.

**(b)**

Whoever, with intent that a firearm or other dangerous weapon be used in the commission of a crime, knowingly possesses or causes to be present such firearm or dangerous weapon in a Federal facility, or attempts to do so, shall be fined under this title or imprisoned not more than 5 years, or both.
The Defendants have obtained dangerous weaponry that has caused me physical and mental pain and anguish from January 2017 to present.

**The Defendants are guilty of 18 U.S. Code § 1029 - Fraud and related activity in connection with access devices**

(a)Whoever—
(1) knowingly and with intent to defraud produces, uses, or traffics in one or more counterfeit access devices;
(2)knowingly and with intent to defraud traffics in or uses one or more unauthorized access devices during any one-year period, and by such conduct obtains anything of value aggregating $1,000 or more during that period;
The Defendants have obtained mass amounts of computers, video monitors, mass data, audio bugging equipment and torture devices that the ability to access my bank account, access my emails retrieve my bank pin number from my bank, access my email passwords, illegally track my cell phone, access my car radio transmission, access my television signal, access my residence inside and out access my computers and monitors in the Anaheim and Fullerton Public library an all with the intent to defraud my resources, health and welfare, right to peace, prosperity and right of privacy. The defendants have done this by way of counterfeit access devices and programs utilizing Microsoft among other illegal program.

**The Defendants are guilty of 18 U.S. Code § 2155 - Destruction of national-defense materials, national-defense premises, or national-defense utilities**

**(a)**

Whoever, with intent to injure, interfere with, or obstruct the national defense of the United States, willfully injures, destroys, contaminates or infects, or attempts to so injure, destroy, contaminate or infect any national-defense material, national-defense premises, or national-defense utilities, shall be fined under this title or imprisoned not more than 20 years, or both, and, if death results to any person, shall be imprisoned for any term of years or for life.

**(b)**

If two or more persons conspire to violate this section, and one or more of such persons do any act to effect the object of the conspiracy, each of the parties to such conspiracy shall be punished as provided in subsection (a) of this section.
The Defendants have obtained mass amounts of computers, video monitors, mass data, audio bugging equipment and torture devices that the ability to access my bank account, access my emails retrieve my bank pin number from my bank, access my email passwords, illegally track my cell phone, access my car radio transmission, access my television signal, access my residence inside and out access my computers and monitors in the Anaheim and Fullerton Public library an all with the intent to defraud my resources, health and welfare, right to peace, prosperity and right of privacy. The defendants have done this by way of counterfeit access devices and programs utilizing Microsoft among other illegal programs and much of this is done in on around United States National Defense buildings. The Defendants are also utilizing

United States defense contractors The Top 100 Contractors Report on the Federal Procurement Data System lists the top 100 defense contractors by sales to the United States Armed Forces and Department of Defense. ('DoD 9700' worksheet).[1] The Department of Defense announces contracts valued at $7 million or more each business day at 5 pm. Booz Allen Hamilton Holding Corporation is one of the largest Defense contractors hired by The Defendant National Security Agency, **Booz Allen Hamilton Holding Corporation** (informally **Booz Allen**)[4] is the parent of Booz Allen Hamilton Inc., an American company specializing in digital transformation and artificial intelligence. The company is headquartered in McLean, Virginia,[8] in the Washington metropolitan area, with 80 additional offices around the globe. Booz Allen's stated core business is to provide consulting, analysis, and engineering services to public- and private-sector organizations and nonprofits.
Booz Allen has been described by *Bloomberg* as "**the world's most profitable spy organization**," due to the large number of former intelligence officers on its staff. It is a major provider of cybersecurity services to the U.S. Security and Exchange Commission. In 2013, David Sirota of *Salon* said that Booz Allen and parent company The Carlyle Group make significant political contributions to the Democratic Party and the Republican Party as well as individual politicians, including Barack Obama and John McCain Sirota concluded that "many of the politicians now publicly defending the surveillance state and slamming whistleblowers like Snowden have taken huge sums of money from these two firms", referring to Booz Allen and Carlyle, and that the political parties are "bankrolled by these firms" According to Maplight, a company that tracked campaign donations, Booz Allen gave a total of just over $87,000 to U.S. lawmakers from 2007 to June 2013.

**The Defendants are guilty of 18 U.S. Code § 2340 – Definitions As used in this chapter— (1)**
"torture" means an act committed by a person acting under the color of law specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control;
**(A)**
the intentional infliction or threatened infliction of severe physical pain or suffering;
**(D)**
the threat that another person will imminently be subjected to death, severe physical pain or suffering, or the administration or application of mind-altering substances or other procedures calculated to disrupt profoundly the senses or personality. . I Azael D. Perales am alleging the Defendants have done this to me from 2018 to present by way of torture causing bodily injury such as ongoing muscle spasms causing swelling in my feet, ankles, back, legs, stomach including my heart. In addition to this the Defendants arbitrarily emit violent electrical prods to my body and skin reminiscent to someone using a hot poker iron to my skin. The Defendants have continued to emit powerful and dangerous radio signals to my brain while I am semi-conscious or asleep. The Defendants have somehow able to read my every thought while I am conscious by way of a computer which sends a live streaming feed of my thoughts. The Defendants have continued to berate me- calling me quote a faggot motherfucker who sucks big dicks, a porky the pig faggot - due to my exceeding weight gain, a half breed faggot mother fucker due to my ethnicity and several other profane curse words and slurs constantly by way of their communication devices which is received by me every waking moment of the day, even when I was at work. This has been ongoing by the Defendants from 2018 to Present.

The Defendants are guilty of 18 U.S. Code § 2701 - Unlawful access to stored communications
**(a)Offense.**—Except as provided in subsection (c) of this section whoever—
**(1)**
intentionally accesses without authorization a facility through which an electronic communication service is provided; or
**(2)**intentionally exceeds an authorization to access that facility;
and thereby obtains, alters, or prevents authorized access to a wire or electronic communication while it is in electronic storage in such system shall be punished as provided in subsection (b) of this section. The Defendants have obtained mass amounts of computers, video monitors, mass data, audio bugging equipment and torture devices that the ability to access my bank account, access my emails retrieve my bank pin number from my bank, access my email passwords, illegally track my cell phone, access my car radio transmission, access my television signal, access my residence inside and out access my computers and monitors in the Anaheim and Fullerton Public library an all with the intent to defraud my resources, health and welfare, right to peace, prosperity and right of privacy. I have slowly lost my autonomy over the last eight years, I cannot walk, or stand without pain. I strain to clean myself after a bowel movement. It is difficult for me to shower and change my underwear. I was forced to resign from my last employer G&M Oil company in January 2025. I was barely able to walk the last two weeks of my employment.

**The Defendants are guilty of 18 U.S. Code § 1349 - Attempt and conspiracy**

Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy from November 2017 to Present.

**The Defendants are guilty of 18 U.S. Code § 2261A-Stalking (1)(A)(i)(ii)(B)(2)(A)(B) From January 2017 to Present**

**The Defendants are guilty of 18 U.S, Code § 113- Assaults within maritime and territorial jurisdiction-**
18 U.S. Code § 113(a)(3) and(a)(6) are federal charges for serious assaults occurring within federal maritime or territorial jurisdiction. Section (a)(3) covers assaults with a dangerous weapon or weapons with intent to cause bodily harm, while (a)(6) involves assaults resulting in serious bodily injury. Both carry significant prison time, up to 10- 20 years in federal prison. The Defendants have continually physically assault me from January 2017 to Present.

18 U.S.C terrorist threats primarily fall under federal statutes to terrorism, extortion, and interstate communications. Key statutes include 18 U.S.C. § 2332b (acts of terrorism transcending national boundaries) **§ 876877** (mailing threatening communications), and

§ 2339A/B (providing material support to terrorist), often involving threats intended to intimidate or coerce, with penalties ranging from fines to life imprisonment. The Defendants are guilty of this by wat of their communication devices from January 2017 to Present.

- **18 U.S.C. § 2331 (Definition of Domestic Terrorism):** Defines terrorism as activities involving acts dangerous to human life that violate U.S. law and appear to be intended to intimidate/ coerce a civilian population or influence government policy. The Defendants are guilty of this by way of their communication devices from January 2017 to Present.

- Under 18 U.S.C. § 1113, attempted murder with the special maritime and territorial jurisdiction is
- A federal crime punishable by up to 20 years in prison. It requires proving the defendant took substantial step or steps toward killing someone with a specific intent to murder.

Federal destruction of personal property is primarily covered under 18 U.S.C. § 1361, My automobile and residence has been under attack repeatedly by the Defendants by way of their espionage systems.

The Defendants are guilty of **18 U.S. Code Chapter 65** outlines federal **malicious mischief** laws. It criminalizes the willful and malicious destruction injury, or interference with property, communications, or vital infrastructure belonging to the U.S. government or affecting interstate Commerce. Penalties scale from fines to misdemeanors to decades in federal prison.

**Vandalism and malicious mischief** are closely related property offenses, but with a few key distinctions, Vandalism is the deliberate destruction or defacement of property for the sake of causing damage. Malicious mischief refers specifically to property damage or interference driven by a specific motive of spite, revenge or ill will. The Defendants have continued to place microscopic cameras and audio devices in public restrooms, government buildings such as eateries, restaurants, government buildings such as the Department of Motor Vehicles Fullerton California, Anaheim and Fullerton libraries inside their computer terminals ceilings and restrooms. Santa Ana Social Services building located at 1928 S. Grand Avenue- Santa Ana, CA 92705. California Social Services building Medi- Cal Offices located at 12912 Brookhurst Ave. Garden Grove, CA 92840, Anaheim City Hall Located at 200 S. Anaheim Blvd. Anaheim, CA 92805, California Superior Court located at 700 Civic Center Drive West Santa Ana, CA 92701, California Superior Court Los Angeles located at 312 North Spring Street Los Angeles, CA 90012 and H& R Block Tax Services located at 1531 S. Harbor Blvd. Suite # 8 Fullerton, CA 92832 to name a few.

**The Defendants are guilty of Maladministration:**
is the inefficient, improper, or negligent management of a system, organization, or government body. It typically involves bureaucratic failures such as unreasonable delays, poor record-keeping, ignoring procedures, or failing to provide proper services, which result in injustice or hardship for those affected such as me the Plaintiff, thank you.

Signature:______________________________

Date: September 8, 2026 Name: AZAEL DYTHIAN PERALES
(Typed or Print)

Telephone: (714)803-1934 Address: 839 N. Harbor Blvd. Anaheim, CA 92805